The judgment is reversed and the cause remanded.

## WILLIAMS v. STATE.

### No. 26689.

Court of Criminal Appeals of Texas.

Dec. 16, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted upon two separate counts in the complaint and information for the unlawful sale of whiskey in a dry area, and his punishment was assessed at a fine of $125 on each count.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.